UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                   :
**VICTOR JORDAN** and **COMMITTEE TO**                             :
**ELECT JORDAN**,                                                  :
                                                                   :
       Plaintiffs,              :
                                                                   :  **MEMORANDUM AND ORDER**
    – against –                                :
                                                                   :  22-CV-5657 (AMD)
**N.Y.C CAMPAIGN FINANCE BOARD**, **MARK**                         :
**P. GRIFFIN, FREDERICK P. SCHAFER,**                              :
**CAMERON FERRANTE,** and **CHERYL R.**                            :
**LAROSE**,                                                        :
                                                                   :
       Defendants.              :
------------------------------------------------------------------ X

**ANN M. DONNELLY**, United States District Judge.

  On September 19, 2022, the *pro se* plaintiff filed this action pursuant to, among other things, 42 U.S.C. § 1983. The plaintiff also filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a), which I denied because the application was insufficient to establish that the plaintiff could not pay the filing fee. By order dated October 25, 2022, I directed the plaintiff to file a long-form application or pay the $402.00 filing fee within 14 days to cure the deficiency. To date, the plaintiff has not paid the filing fee or submitted a long-form application.

  Accordingly, the complaint is dismissed without prejudice. The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* plaintiff and close the case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

                                                                                                  s/Ann M. Donnelly
                                                                _____
                                                                ANN M. DONNELLY
                                                               United States District Judge

Dated:  Brooklyn, New York
           December 01, 2022

2